UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AHMAD RAHEEM PRICE, | Case No. 2:22-cv-00091-JLS (GJS) |
|---|---|
| Plaintiff | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| KYLE CLIFTON, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the first amended complaint [Dkt. 11], all relevant documents filed and lodged in this action, the motion for leave to amend to file a second amended complaint filed by Plaintiff and the proposed second amended complaint [Dkts. 93 and 93-1, collectively "Motion"], Defendant's Opposition to the Motion [Dkt. 97] and Plaintiff's Reply [Dkt. 98], and the Report and Recommendation of United States Magistrate Judge [Dkt. 100, "Report"].  No Objections to the Report have been filed with the Court.

Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that:  the

Motion is DENIED; and Defendant shall file and serve a response to the First Amended Complaint within 30 days of this Order.

DATE: March 13, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE