UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE,<br><br>Plaintiff<br><br>v.<br><br>KYLE CLIFTON, et al.,<br><br>Defendants. | Case No. 2:22-cv-00091-JLS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative complaint in this case (Dkt. 11, "First Amended Complaint") and all relevant pleadings, motions, and other documents filed in this action, Defendant's pending motion to dismiss the First Amended Complaint (Dkts. 103-104, "Motion") and the parties' related briefing (Dkts. 108-110, 111-112), the Report and Recommendation of United States Magistrate Judge (Dkt. 115), Plaintiff's Objection to the Report and Recommendation (Dkt. 118), and Defendant's Reply (Dkt. 119). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters to which objections have been stated.

  Plaintiff's assertions and arguments set forth in the Objection have been reviewed carefully. The Court concludes that nothing set forth in the Objection or

otherwise in the record for this case affects or alters, or calls into question, the findings and analysis set forth in the Report. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that: (1) the Motion is granted; (2) the First Amended Complaint is dismissed without leave to amend; and (3) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 19, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE