JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE, <br> Plaintiff <br> v. <br> KYLE CLIFTON, et al., <br> Defendants. | Case No. 2:22-cv-00091-JLS (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: November 19, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE